428 A.2d 694

## Commonwealth v. Resek, Appellant.

 Submitted December 6, 1979. Robert F. Pappano, Assistant Public Defender, for appellant; Frank T. Hazel, District Attorney, for Commonwealth, appellee.

Before BROSKY, WICKERSHAM and ROBERTS, JJ.*

Judgments of sentence affirmed.